Dorothy A. JACKSON, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2007–3246.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2007.

Before RADER, SCHALL, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

*ORDER*

Upon consideration of the Office of Personnel Management's unopposed motion to remand this case to the Merit Systems Protection Board (MSPB), with instructions for the MSPB to remand the case to the Office of Personnel Management (OPM) for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Sheldon Peters WOLFCHILD, Ernie Peters Longwalker, Scott Adolphson, Morris J. Pendleton, Barbara Feezor Buttes, Winifred St. Pierre Feezor, Autumn Weaver, Aries Bluestone Weaver, Elijah Bluestone Weaver, Ruby Minkel, Lavonne A. Swenson, Willis Swenson, Aaron Swenson, Beverly M. Scott, Lillian Wilson, Monique Wilson, Sandra Columbus Geshick, Cheryl K. Lorusso, Jennifer K. Lorusso, Cassandra Shevchuk, Jason Shevchuk, James Paul Wilson, Eva Grace Wilson, Benita M. Johnson, and Kevin Lorusso, Plaintiffs–Respondents,